# United States District Court

EASTERN DISTRICT OF WISCONSIN

LEE A. BROWN,

        Plaintiff,

    v.

ROBERT S. PRIFOGLE and
CHRISTOPHER T. TYRE,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 07-C-856

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Brown's § 1983 claim is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted, but without prejudice as to a potential habeas claim.

Approved:    s/ William C. Griesbach
                 WILLIAM C. GRIESBACH
                 United States District Judge

Dated: October 3, 2007.

                 JON W. SANFILIPPO
                 Clerk of Court

                 s/ Mary E. Conard
                 (By) Deputy Clerk